IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| HELEN FAULCONER, *Plaintiff,* | CIVIL NO. 6:06cv00043 |
| v. | ORDER |
| LOWE'S HOME CENTERS, INC., *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on a Motion for Summary Judgment filed by Defendant Lowe's Home Centers, Inc. on July 20, 2007 (docket entry no. 24). For the reasons stated in the accompanying memorandum opinion, Defendant's motion is **GRANTED**. This matter is hereby **TERMINATED** and stricken from the Court's docket.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to both parties.

ENTERED: *[signature]*
United States District Judge

August 31, 2007
Date